**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 26-mj-03259-Louis**

**IN RE EXTRADITION OF:**
**TRISTAN TATE**
Respondent.
_______________________________________/

## NOTICE OF APPEARANCE

Thomas Maniotis, Esquire, a member in good standing of the Bar of this Court, hereby enters his appearance as retained counsel for Respondent TRISTAN TATE in this extradition proceeding. Counsel requests that the Clerk add him as counsel of record and serve all future notices, orders, and filings through CM/ECF at the contact information below.

Dated: July 20, 2026

Respectfully submitted,
/s/ Thomas Maniotis, Esq.
Thomas Maniotis, Esq.
Florida Bar No. 122414
EQUITY LEGAL, PLLC
5201 Blue Lagoon Drive, Floor 8
Miami, Florida 33126
Telephone: (305) 407-1005
Email: tamaniotis@equitylegalfirm.com
Counsel for Respondent TRISTAN TATE

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 20, 2026, I filed the foregoing through CM/ECF and served it by Pacer or Clerk of Court and all Registered Parties. No sealed or restricted material was placed on the public docket.

/s/ Thomas Maniotis, Esq.