UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 26-mj-03259-Louis

UNITED STATES OF AMERICA,
Plaintiff,

v.

**NOTICE OF TEMPORARY APPEARANCE AS COUNSEL**

Tristian Tate
Defendant.
/

COMES NOW Stephen Binhak and files this temporary appearance as counsel for the above named defendant(s) at initial appearance. This appearance is made with the **understanding** that the undersigned counsel will fulfill any **obligations imposed** by the Court such as **preparing and filing documents** necessary to collateralize any personal surety bond which may be set.

Counsel's Name (**Printed**): Stephen Binhak

Counsel's Signature: Stephen Binhak

Address (include City/State/Zip Code): 1 SE 3rd Ave 1800, Miami FL 33131

Telephone: 305 361 5500 Florida Bar Number: 0736491

Date: 7/20/26