**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 26-mj-03259-Louis**

FILED BY JL D.C.
JUL 20 2026
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

**IN THE MATTER OF THE EXTRADITION OF TRISTAN TATE**
______________________________/

**MOTION TO SEAL**

The United States of America, by and through its undersigned attorney, comes now and respectfully requests that the Memorandum of Extradition Law and Request for Detention Pending Extradition Proceedings (the "Memorandum"), this Motion to Seal (the "Motion"), and any resulting Order (the "Order"), be SEALED until further order of the Court, or until the unsealing of this matter in open court, as this is case is currently sealed in its entirety until further Order of this Court.

The United States of America further avers that it cannot file the Memorandum, the Motion, or the Order via CM/ECF as the case is "otherwise sealed in its entirety," and, thus, must be filed conventionally with the Clerk of Courts. *See S.D. Fla. L. R.* 5.4(b)(1) ("In a case that is not otherwise sealed in its entirety, as permitted or required by federal law, file and serve electronically via CM/ECF. . .") (emphasis added)).

Respectfully submitted,

JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

By: ______________________________
Alejandra L. López
Assistant United States Attorney

Fla. Bar No. 37132
99 Northeast 4th Street
Miami, Florida 33132
Tel.: (305) 961-9241
Email: Alejandra.Lopez@usdoj.gov

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on July 20, 2026, I conventionally filed the foregoing document with the Clerk of the Court, and served the same via email on Howard Srebnick, Esquire and Jackie Perczek, Esquire, counsel for the Defendant.

Alejandra L. López
Assistant United States Attorney