**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 1:26-mj-03259-LFL**

**UNITED STATES OF AMERICA,**
Plaintiff,
v.
**TRISTAN TATE**
Defendant.

_____/

### MOTION TO APPEAR PRO HAC VICE, CONSENT TO DESIGNATION, AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING

Under Rule 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys of the United States District Court for the Southern District of Florida, undersigned local counsel moves for the admission pro hac vice of Joseph D. McBride of The McBride Law Firm, PLLC, 305 Broadway, Suite 700, New York, New York 10007, telephone (917) 757-9537, as co-counsel for Defendant TRISTAN TATE in this case only. The motion also requests that Mr. McBride receive Notices of Electronic Filing.

1. Joseph D. McBride is not admitted to practice in the Southern District of Florida. Subject to his attached personal certification, he is a member in good standing of the New York State Bar and the Bars of the United States District Courts for the Southern, Eastern, and Western Districts of New York and the United States District Court for the District of Columbia.

2. Movant Thomas Maniotis, Esquire, Florida Bar No. 122414, of Equity Legal, PLLC, 5201 Blue Lagoon Drive, Floor 8, Miami, Florida 33126, telephone (305) 629-3219, is a member in good standing of The Florida Bar and the Bar of this Court and is authorized to file through CM/ECF.

3. Mr. Maniotis consents to designation as local counsel, upon whom filings shall be served, and will remain responsible for electronic filing, service, and compliance with the CM/ECF Administrative Procedures.

4. The current $250 pro hac vice appearance fee for this case will accompany the motion through CM/ECF. A separate motion and fee are required in the other extradition case.

5. Mr. McBride requests electronic notice at jmcbride@mcbridelawnyc.com and understands that local counsel remains responsible for electronic filing and service.

WHEREFORE, Thomas Maniotis requests entry of the accompanying Order permitting Joseph D. McBride to appear pro hac vice as co-counsel for Defendant TRISTAN TATE and directing electronic notice to jmcbride@mcbridelawnyc.com.

Dated: **July 26, 2026**

Respectfully submitted,
/s/ Thomas Maniotis, Esq.
Thomas Maniotis, Esq.
Florida Bar No. 122414
EQUITY LEGAL, PLLC
5201 Blue Lagoon Drive, Floor 8
Miami, Florida 33126
Telephone: (305) 629-3219
Email: tamaniotis@equitylegal.net
Counsel for Defendant TRISTAN TATE

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 26, 2026, I electronically filed the foregoing through CM/ECF, which will provide notice to all counsel of record.

/s/ Thomas Maniotis, Esq.

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 1:26-mj-03259-LFL**

**UNITED STATES OF AMERICA,**
Plaintiff,
v.
**TRISTAN TATE**
Defendant.

_____/

### CERTIFICATION OF JOSEPH D. MCBRIDE UNDER RULE 4(B)(1)

      I, Joseph D. McBride, Esquire, certify that: (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; (2) I am a member in good standing of the New York State Bar, the United States District Courts for the Southern, Eastern, and Western Districts of New York, and the United States District Court for the District of Columbia; and (3) I have not filed more than three pro hac vice motions in different cases in this District within the last 365 days. I understand that this appearance subjects me to the Court's disciplinary jurisdiction and does not authorize me to file through CM/ECF.

Dated: **July 26, 2026**
/s/ Joseph McBride
Joseph D. McBride, Esq.
New York State Bar No. 5445879
THE MCBRIDE LAW FIRM, PLLC
305 Broadway, Suite 700
New York, New York 10007
Telephone: (917) 757-9537
Email: jmcbride@mcbridelawnyc.com