**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

UNITED STATES OF AMERICA,                                    Case No. 1:26-mj-03259-LFL
     Plaintiff,

v.

TRISTAN TATE
     Defendant.

_____/

**ORDER GRANTING MOTION TO APPEAR**
**PRO HAC VICE, CONSENT TO DESIGNATION, AND REQUEST TO**
**ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

THIS CAUSE came before the Court on the Motion to Appear Pro Hac Vice for Joseph D. McBride, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing (the "Motion"), pursuant to Rule 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys of the United States District Court for the Southern District of Florida and Section 2B of the CM/ECF Administrative Procedures. Having considered the Motion and all other relevant factors, it is ORDERED AND ADJUDGED that:

1.     The Motion is **GRANTED**.

2.     Joseph D. McBride may appear and participate in this matter as co-counsel for Defendant TRISTAN TATE.

3.     The Clerk shall provide electronic notification of all electronic filings to Joseph D. McBride at jmcbride@mcbridelawnyc.com.

     **DONE AND ORDERED in Chambers at Miami, Florida, this _____ day of _____, 2026.**

_____
**LAUREN F. LOUIS**
**UNITED STATES MAGISTRATE JUDGE**

Copies furnished to:
All Counsel of Record