**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

**CASE No. 26-mj-03259-Louis**

IN THE MATTER OF THE EXTRADITION
OF TRISTAN TATE

_____/

## NOTICE OF APPEARANCE

Please take notice that JACKIE PERCZEK appears as counsel for TRISTAN

TATE.

Respectfully submitted,

**BLACK SREBNICK**
201 South Biscayne Boulevard
Suite 1300
Miami, Florida 33131
(305) 371-6421

/s/ *Jackie Perczek*
**JACKIE PERCZEK**
Florida Bar No. 0042201
JPerczek@RoyBlack.com