UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

IN THE MATTER OF THE EXTRADITION OF

TRISTIAN TATE

CASE NO. 2026-mj–03259-Louis

_____

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Stephen James Binhak, of the Law Office of Stephen James Binhak, P.L.L.C., enters this appearance as counsel on behalf of Tristian Tate in this case.  Please serve all pleadings and papers on the undersigned at the address listed below.

Respectfully Submitted,

**THE LAW OFFICE OF STEPHEN JAMES BINHAK, P.L.L.C.**
*Attorneys for Tristian Tate*
One Southeast Third Avenue, Suite 1800
Miami, Florida  33131
Telephone: (305) 361-5500

By:____/s/  Stephen James Binhak____
        Stephen James Binhak, Esq.
Florida Bar No. 736491
binhaks@binhaklaw,com

THE LAW OFFICE OF STEPHEN JAMES BINHAK, P.L.L.C.
One Southeast Third Ave., Suite 1800, Miami, Florida 33131 Tel. 305.361.5500

## CERTIFICATE OF SERVICE

I hereby certify that on July 27, 2026, I electronically filed the foregoing motion with the

Clerk of Court using CM/ECF.

_____/s/  Stephen James Binhak_____
STEPHEN J. BINHAK

THE LAW OFFICE OF STEPHEN JAMES BINHAK, P.L.L.C.
One Southeast Third Ave., Suite 1800, Miami, Florida 33131 Tel. 305.361.5500