UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 26-mj-03259-LFL
Case No. 26-mj-03260-LFL

IN THE MATTER OF EXTRADITION OF
TRISTAN TATE

_____/

IN THE MATTER OF EXTRADITION OF
EMORY ANDREW TATE

_____/

### ANDREW AND TRISTAN TATE'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION TO THE GOVERNMENT'S REQUEST FOR DETENTION

On July 20, 2026, the government filed requests for detention pending extradition as to Andrew and Tristan Tate. ECF#12-1(No. 26-mj-03259); ECF#11-1 (No. 26-mj-03260). The brothers' opposition to detention is currently due on Wednesday, August 5, 2026. ECF#20 (No. 26-mj-03259); ECF#19 (No. 26-mj-03260). The brothers respectfully request an extension until Friday, August 7 at 8:00 a.m. to file their opposition. The government does not oppose.

Respectfully submitted,

**BLACK SREBNICK**
201 South Biscayne Boulevard
Suite 1300
Miami, Florida 33131
(305) 371-6421

/s/ *Howard Srebnick*
**HOWARD SREBNICK**
Florida Bar No. 919063
HSrebnick@RoyBlack.com

**JACKIE PERCZEK**
Florida Bar No. 0042201
JPerczek@RoyBlack.com

**JACOB GOLDMAN**
Florida Bar No.1074657
JGoldman@RoyBlack.com