UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 26-mj-03259-LFL
Case No. 26-mj-03260-LFL

IN THE MATTER OF EXTRADITION OF
TRISTAN TATE

_____/

IN THE MATTER OF EXTRADITION OF
EMORY ANDREW TATE

_____/

**NOTICE OF FILING EXHIBITS IN SUPPORT OF MOTION FOR
RELEASE PENDING EXTRADITION PROCEEDINGS AND OPPOSITION
TO THE GOVERNMENT'S REQUEST FOR DETENTION**

Andrew and Tristan Tate file the below Exhibits in support of their *Motion for Release Pending Extradition Proceedings and Opposition to the Government's Request for Detention*:

**Exhibit 1** - March 12, 2024, Extradition Order of Andrew Tate (redacted)

**Exhibit 2** - March 12, 2024, Extradition Order of Tristan Tate (redacted)

**Exhibit 3** - Vidineac Declaration in Criminal Case No. 1305

**Exhibit 4** - Vidineac Declaration in Criminal Case No. 2557

**Exhibit 5** - February 25, 2025, Order in Criminal Case No. 1305 (redacted)

**Exhibit 6** - February 25, 2025, Order in Criminal Case No. 2557 (redacted)

**Exhibit 7** - Travel Timeline

**Exhibit 8** - Declaration of Andrew Ford (redacted)

**Exhibit 9** - Summary of Publicly Available Publication Activity

Respectfully submitted,

/s/ *Thomas Maniotis*
**THOMAS MANIOTIS**
Florida Bar No. 122414
EQUITY LEGAL, PLLC
5201 Blue Lagoon Drive, Floor 8
Miami, Florida 33126
(305) 407-1005
tamaniotis@equitylegalfirm.com
Counsel for Defendants


/s/ *Joseph D. McBride*
**JOSEPH D. MCBRIDE**
New York Bar No. 5445879
THE MCBRIDE LAW FIRM, PLLC
305 Broadway, Suite 700
New York, New York 10007
(917) 757-9537
jmcbride@mcbridelawnyc.com
Admitted Pro Hac Vice
Co-Counsel for Defendants

/s/ *Howard Srebnick*
/s/ *Alexa Klein*
**HOWARD SREBNICK** (FBN 919063)
**JACKIE PERCZEK** (FBN 042201)
**ALEXA KLEIN** (FBN 1002299)
**JAKE GOLDMAN** (FBN 1074657)
BLACK SREBNICK
201 South Biscayne Boulevard
Suite 1300
Miami, Florida 33131
(305) 371-6421

HSrebnick@RoyBlack.com
JPerczek@RoyBlack.com
AKlein@RoyBlack.com
JGoldman@RoyBlack.com


/s/ *Stephen James Binhak*
**STEPHEN JAMES BINHAK**
Florida Bar Number 736491
LAW OFFICES OF STEPHEN JAMES
BINHAK
One Southeast Third Avenue, Suite 1800
Miami, Florida 33131
(305) 361-5500
binhaks@binhaklaw.com