Travel Timeline — February 2025 – July 2026

| # | Date | Location | Country / Jurisdiction |
|---|------|----------|------------------------|
| 1 | Feb. 27, 2025 | Miami | United States |
| 2 | Mar. 6, 2025 | Las Vegas | United States |
| 3 | Mar. 10, 2025 | Los Angeles | United States |
| 4 | Mar. 18, 2025 | New York City | United States |
| 5 | Mar. 20, 2025 | Miami | United States |
| 6 | Mar. 22, 2025 | Bucharest | Romania |
| 7 | Apr. 1, 2025 | Dubai | United Arab Emirates |
| 8 | Apr. 21, 2025 | Bucharest | Romania |
| 9 | Apr. 24, 2025 | Dubai | United Arab Emirates |
| 10 | May 22, 2025 | Bucharest | Romania |
| 11 | July 26, 2025 | Turkey | Turkey |
| 12 | Aug. 4, 2025 | Bucharest | Romania |
| 13 | Oct. 14, 2025 | Dubai | United Arab Emirates |
| 14 | Dec. 23, 2025 | Split | Croatia |
| 15 | Jan. 10, 2026 | Miami | United States |
| 16 | Jan. 11, 2026 | Bahamas | Bahamas |
| 17 | Jan. 15, 2026 | Miami | United States |
| 18 | Jan. 21, 2026 | Los Angeles | United States |
| 19 | Jan. 23, 2026 | Las Vegas | United States |
| 20 | Jan. 26, 2026 | Dubai | United Arab Emirates |
| 21 | Feb. 10, 2026 | New York City | United States |
| 22 | Feb. 17, 2026 | Bucharest | Romania |
| 23 | Feb. 21, 2026 | Turkey | Turkey |
| 24 | Feb. 25, 2026 | Kazakhstan | Kazakhstan |
| 25 | Mar. 1, 2026 | Bucharest | Romania |
| 26 | Mar. 5, 2026 | Oman – Dubai | Oman / United Arab Emirates |
| 27 | Mar. 13, 2026 | Hong Kong | Hong Kong SAR (China) |
| 28 | Mar. 22, 2026 | Dubai | United Arab Emirates |
| 29 | Mar. 24, 2026 | Bucharest | Romania |
| 30 | Apr. 4, 2026 | Uzbekistan | Uzbekistan |
| 31 | Apr. 9, 2026 | Miami | United States |
| 32 | Apr. 25, 2026 | Los Angeles | United States |
| 33 | May 8, 2026 | New York City | United States |
| 34 | May 13, 2026 | Dubai | United Arab Emirates |
| 35 | May 19, 2026 | Bucharest | Romania |
| 36 | May 31, 2026 | Dubai | United Arab Emirates |
| 37 | June 2, 2026 | Russia | Russia |
| 38 | June 10, 2026 | Dubai | United Arab Emirates |
| 39 | June 14, 2026 | Bucharest[1] | Romania |
| 40 | July 6, 2026 | Cyprus | Cyprus |
| 41 | July 10, 2026 | Turkey | Turkey |
| 42 | July 13, 2026 | Washington, D.C. | United States |
| 43 | July 17, 2026 | Miami | United States |

[1]Andrew Tate only; Tristan Tate remained in Dubai.