UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 26-mj-03259-LFL
Case No. 26-mj-03260-LFL

IN THE MATTER OF EXTRADITION OF
TRISTAN TATE

_____/

IN THE MATTER OF EXTRADITION OF
EMORY ANDREW TATE

_____/

**EMORY ANDREW TATE'S AND TRISTAN TATE'S
<u>MOTION TO CONTINUE AUGUST 13, 2026 DETENTION HEARING</u>**

On August 10, 2026, the government filed its response [DE#37] to the Motion

for Bond Pending Extradition Proceedings filed by Andrew Tate and Tristan Tate

[DE#23; DE#24, respectively].

On August 11, 2026, undersigned counsel reviewed the government's

pleading with the Tates in the SHU at FDC.

The government's response raises several additional factual allegations, to

which the Tates would like the opportunity to reply in writing and secure fact

witnesses to appear at the hearing. Accordingly, the Tates request that this Court

allow them until August 21, 2026, to file a reply to the government's response, and

continue the detention hearing until the following week. [1]

---

[1] Last night, on August 11, 2026, undersigned sent an email to chambers to alert the
Court that the Tates intended to file a motion seeking this relief.

Undersigned conferred with government counsel, who advised that August 27, 2026, is the only day during that week that the government is available. The government opposes the continuance to the extent that the Tates have argued undue delay.

For their part, the Tates believe it is most important that they have sufficient time to reply to the government's arguments and present evidence to rebut the factual assertions made by the government, even if it means continuing the hearing for 14 days.

For these reasons, the Tates respectfully request that the Court permit them until August 21, 2026 to file a reply to the government's response and continue the detention hearing until the week of August 24, 2026, as the Court's calendar permits.

Respectfully submitted,

/s/ *Thomas Maniotis*

**THOMAS MANIOTIS**
Florida Bar No. 122414
EQUITY LEGAL, PLLC
5201 Blue Lagoon Drive, Floor 8
Miami, Florida 33126
(305) 407-1005
tamaniotis@equitylegalfirm.com


/s/ *Joseph D. McBride*
**JOSEPH D. MCBRIDE**
New York Bar No. 5445879
THE MCBRIDE LAW FIRM, PLLC
305 Broadway, Suite 700
New York, New York 10007
(917) 757-9537
jmcbride@mcbridelawnyc.com
Admitted Pro Hac Vice
Co-Counsel for Defendants

/s/ *Howard Srebnick*
/s/ *Alexa Klein*
**HOWARD SREBNICK** (FBN 919063)
**JACKIE PERCZEK** (FBN 042201)
**ALEXA KLEIN** (FBN 1002299)
**JAKE GOLDMAN** (FBN 1074657)
BLACK SREBNICK
201 S. Biscayne Boulevard, Suite 1300
Miami, Florida 33131 / (305) 371-6421

HSrebnick@RoyBlack.com
JPerczek@RoyBlack.com
AKlein@RoyBlack.com
JGoldman@RoyBlack.com


/s/ *Stephen James Binhak*
**STEPHEN JAMES BINHAK**
Florida Bar Number 736491
LAW OFFICES OF STEPHEN JAMES
BINHAK
One Southeast Third Avenue, Suite 1800
Miami, Florida 33131
(305) 361-5500
binhaks@binhaklaw.com