UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 26-mj-03259-LFL
Case No. 26-mj-03260-LFL

IN THE MATTER OF EXTRADITION OF
TRISTAN TATE
_______________________________________/

IN THE MATTER OF EXTRADITION OF
EMORY ANDREW TATE
_______________________________________/

**NOTICE OF FILING EXHIBITS IN SUPPORT OF REPLY TO MOTION FOR RELEASE PENDING EXTRADITION PROCEEDINGS [DE#44]**

Andrew and Tristan Tate file the exhibits below in support of their *Reply to the Motion for Release Pending Extradition Proceedings and Opposition to the Government's Request for Detention* [DE#44]:

**Exhibit 1** - March 7, 2026 Ordinance imposing the preventive measure of judicial control on Tristan Tate (redacted)

**Exhibit 2** - March 7, 2026 Ordinance extending the preventive measure of judicial control on Andrew Tate (redacted)

**Exhibit 3** - March 27, 2026 Ordinance extending the preventive measure of judicial control on Andrew Tate (redacted)

**Exhibit 4** - U.K. Confidentiality Order (Under Seal)

**Exhibit 5** - Order Denying Defendants' Joint Motion for Protective Order

**Exhibit 6** - Order on Counter-Defendants' Motion to Dismiss Counterclaim of Jane Doe

**Exhibit 7** - September 16, 2025 Tweet by @CobraTate

**Exhibit 8** - Declaration of Joseph McBride (redacted)

**Exhibit 9** - Declaration of Jason P. Koch

**Exhibit 10** - Deposition Transcript of Andrew Tate (Under Seal)

**Exhibit 11** - Deposition Transcript of Tristan Tate (Under Seal)

**Exhibit 12 -** Urgent Care Records of Thomas Maniotis (redacted)

**Exhibit 13** - Chemical Agent Instructor's Manual

**Exhibit 14** - North Miami Police Department Operating Procedures

**Exhibit 15** – Miami-Dade Police Practices Report

Respectfully submitted,

*/s/ Thomas Maniotis*
**THOMAS MANIOTIS**
Florida Bar No. 122414
EQUITY LEGAL, PLLC
5201 Blue Lagoon Drive, Floor 8
Miami, Florida 33126
(305) 407-1005
tamaniotis@equitylegalfirm.com
Counsel for Defendants

*/s/ Joseph D. McBride*
**JOSEPH D. MCBRIDE**
New York Bar No. 5445879
THE MCBRIDE LAW FIRM, PLLC
305 Broadway, Suite 700
New York, New York 10007
(917) 757-9537
jmcbride@mcbridelawnyc.com
Admitted Pro Hac Vice
Co-Counsel for Defendants

/s/ *Howard Srebnick*
/s/ *Alexa Klein*
**HOWARD SREBNICK** (FBN 919063)
**JACKIE PERCZEK** (FBN 042201)
**ALEXA KLEIN** (FBN 1002299)
**JAKE GOLDMAN** (FBN 1074657)
BLACK SREBNICK
201 South Biscayne Boulevard
Suite 1300
Miami, Florida 33131
(305) 371-6421

HSrebnick@RoyBlack.com
JPerczek@RoyBlack.com
AKlein@RoyBlack.com
JGoldman@RoyBlack.com

/s/ *Stephen James Binhak*
**STEPHEN JAMES BINHAK**
Florida Bar Number 736491
LAW OFFICES OF STEPHEN JAMES BINHAK
One Southeast Third Avenue, Suite 1800
Miami, Florida 33131
(305) 361-5500
binhaks@binhaklaw.com