**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO. 26-mj-03259-LFL**
**CASE NO. 26-mj-03260-LFL**

**IN THE MATTER OF EXTRADITION OF TRISTAN TATE**
______________________________________/

**IN THE MATTER OF EXTRADITION OF EMORY ANDREW TATE**
______________________________________/

## GOVERNMENT'S EXHIBIT LIST

| PRESIDING JUDGE | GOVERNMENT ATTORNEYS | DEFENDANT'S ATTORNEY |
|---|---|---|
| Hon. Lauren F. Louis | AUSA Alejandra L. López<br>AUSA Abbie D. Waxman | Howard Srebnick, Esq.<br>Jackie Perczek, Esq.<br>Alexa Klein, Esq.<br>Jake Goldman, Esq.<br>Joseph D. McBride, Esq.<br>Thomas Maniotis, Esq.<br>Stephen James Binhak, Esq. |

| Gov't Ex. No. | Def. Ex. No. | Date Offered | Marked | Admitted | Description of Exhibits |
|---|---|---|---|---|---|
| 1 | | 8/27/2026 | ✓ | ✓ | UK Letter in Support of Detention. |
| 2 | | 8/27/2026 | ✓ | ✓ | Romanian Letter July 23, 2026. |
| 3 | | 8/27/2026 | ✓ | ✓ | Romanian Letter July 27, 2026. |
| 4 | | 8/27/2026 | ✓ | ✓ | X Post Andrew Tate How He Treats Women. |
| 5 | | 8/27/2026 | ✓ | ✓ | Tristan Tate X Post re.: Yacht |
| 6 | | 8/27/2026 | ✓ | ✓ | Emory Andrew Tate X Post re.: Yacht |
| 7 | | 8/27/2026 | ✓ | ✓ | X Post No Government Control; Having Multiple Passports and Driver's Licenses. |
| 8 | | 8/27/2026 | ✓ | ✓ | X Post Andrew Tate Indicating He Has Multiple Passports. |
| 9 | | 8/27/2026 | ✓ | ✓ | X Post Andrew Tate False Passport Claims on Podcast. |
| 10 | | 8/27/2026 | ✓ | ✓ | Federal Detention Center Commissary Receipts. |
| 11 | | 8/27/2026 | ✓ | ✓ | Compilation of CobraTate X Posts. |
| 12 | | 8/27/2026 | ✓ | ✓ | X Post Andrew Tate witness tampering. |
| 13 | | 8/27/2026 | ✓ | ✓ | Mars Mindset Podcast: Interview of Andrew Tate (Reference of X account OfWudan). |

| Gov't Ex. No. | Def. Ex. No. | Date Offered | Marked | Admitted | Description of Exhibits |
|---|---|---|---|---|---|
| 14 | | 8/27/2026 | ✓ | ✓ | Various X Post tagging user OfWudan. |
| 15 | | 8/27/2026 | ✓ | ✓ | Mexican Immigration Document: Vladimir S. |
| 15a | | 8/27/2026 | ✓ | ✓ | Mexican Immigration Document: Vladimir S. (Translated) |
| 15a1 | | 8/27/2026 | ✓ | ✓ | Certification of Translation. |
| 16 | | 8/27/2026 | ✓ | ✓ | YouTube video NUFCMatters – Steve Wraith Interview with Andrew Tate. |
| 17 | | 8/27/2026 | ✓ | ✓ | Social Media Post of Emory Andrew Tate and Tristan Tate re.: Exotic Vehicles. |
| 18 | | 8/27/2026 | ✓ | ✓ | X Post CobraTate re.: Travel. |
| 19 | | 8/27/2026 | ✓ | ✓ | Federal Detention Center Commissary Receipts. |
| 20 | | 8/27/2026 | ✓ | ✓ | Additional X Post CobraTate. |

The Government reserves the right to amend this exhibit list and to mark and introduce any additional exhibits.

JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

By: */s/ Alejandra L. López*
Alejandra L. López
Assistant United States Attorney
Fla. Bar No. 37132
99 Northeast 4th Street
Miami, Florida 33132-2111
Tel: (305) 961-9241
Email: Alejandra.Lopez@usdoj.gov

By: */s/Abbie D. Waxman*
Abbie D. Waxman
Assistant United States Attorney
Fla. Bar No. 109315
99 Northeast 4th Street
Miami, Florida 33132
Tel.: (305) 961-9240
Email: Abbie.Waxman@usdoj.gov