AO386-C
GOVERNMENT EXHIBIT
CASE NO. 26-mj-03259/03260-LFL
EXHIBIT NO. 14

**Cernovich**
@Cernovich
Follow

Congratulations to @OfWudan and @LivesTalisman for putting on a first class event.

I had high expectations or else I wouldn't have traveled across the world to report on an event.

10/10 and those who didn't show up missed out.




4:37 p.m. • 02 Sep 19

---

**ZUBY:**
@ZubyMusic
Follow

Lunch with @OfWudan 👊🏾



Pat Stedman | Dating &... Follow
@Pat_Stedman

I don't forget either @OfWudan

You made a lifetime friend and ally.

As for those who've claimed to be "in the fight" yet gloated when the chips were down...

There will come a time when that stain on your character will come back to haunt you

YouTube




**WARLORD of the Manosphere | Interview with Cobra Tate | 21 News**

Conquer inner trauma and Become the Ultimate Alpha Male with the Co...

3:57 p.m. • 12 May 21

---

Post

James English
@jamesenglish0

X.com

Podcast with playboy @OfWudan coming soon 🎤



17:23 · 01/06/2021

9 5 87 4

Post your reply

Post

**Steve Wraith** @stevewraith — X.com

LIVE 10am I'm joined by Andrew Tate @OfWudan talking about his life as a kickboxer, his brief stint on #BigBrother and he shares some secrets to modern wealth creation

Steve Wraith Interview with ANDREW TATE youtu.be/NznWtnUNjls via @YouTube




Nick & Katie and 8 others

07:23 · 22/04/2021

1 · 7 · 27 · 6

**cristan yaudan** @crista... · 23/04/2021

Post your reply

Post

**Big Rocky** 🌴☀️🇯🇲 @ItssJusttRockyy — X.com

@OfWudan + @FreshandFitPod 🔥

(Mama looking THHHHHICK)



Post your reply

Post

**James English** @jamesenglish0 𝕏.com

This podcast is going to piss a lot of people off.

The story of playboy @OfWudan.#

Goes live tomorrow 10am - click the link to set a reminder. youtu.be/fhUi1htVeJc




12:09 · 19/06/2021

160 99 330 44

Relevant View quotes

**Danny** @dannyowen54 · 21/06/2021
James that gummy bear story he tells I was crying with laughter at it mate he is one mad

Post your reply