# ESTADOS UNIDOS MEXICANOS

## CONSTANCIA DE LA CLAVE ÚNICA DE REGISTRO DE POBLACIÓN PARA PERSONAS EXTRANJERAS



**Clave:**

**SOXV880715HNECXL01**

**Nombre**

**VLADIMIR SCORPIUS**

**DOCUMENTO MIGRATORIO**

GOBIERNO DE MÉXICO | GOBERNACIÓN | RENAPO

35616299

AO386-C
GOVERNMENT EXHIBIT
CASE NO. 26-mj-03259/03260-LFL
EXHIBIT NO. 15

**VLADIMIR SCORPIUS**

PRESENTE

Ciudad de México, a 17 de agosto de 2026

El derecho a la identidad está consagrado en nuestra Constitución. En la Secretaría de Gobernación trabajamos todos los días para garantizar que las y los mexicanos gocen de este derecho plenamente; y de esta forma puedan acceder de manera más sencilla a trámites y servicios.

Nuestro objetivo es que el uso y adopción de la Clave Única de Registro de Población (CURP) permita a la población tener una sola llave de acceso a servicios gubernamentales, ser atendida rápidamente y poder realizar trámites desde cualquier computadora con acceso a internet dentro o fuera del país.

Nuestro compromiso es que la identidad de cada persona esté protegida y segura, por ello contamos con los máximos estándares para la protección de los datos personales. En este marco, es importante que verifiques que la información contenida en la constancia anexa sea correcta para contribuir a la construcción de un registro fiel y confiable de la identidad de la población.

Agradezco tu participación.

**ROSA ICELA RODRÍGUEZ VELÁZQUEZ**

SECRETARIA DE GOBERNACIÓN

Estamos a sus órdenes para cualquier aclaración o duda sobre la conformación de su clave en **TELCURP, marcando el 800 911 11 11**

**La impresión de la constancia CURP en papel bond, a color o blanco y negro, es válida y debe ser aceptada para realizar todo trámite.**

**TRÁMITE GRATUITO**

Los datos personales recabados, incorporados y tratados en la “Base de Datos Nacional de la Clave Única de Registro de Población” son utilizados para la asignación y gestión de la Clave Única de Registro de Población, en cumplimiento a las funciones y atribuciones de la Dirección General del Registro Nacional de Población e Identidad (RENAPO) de la Secretaría de Gobernación. La persona titular de los datos personales podrá ejercer sus derechos ARCOP a través de la Unidad de Transparencia de la Secretaría de Gobernación, enviando correo electrónico a unidad_transparencia@segob.gob.mx o de manera personal en la calle Abraham González no.50, Planta Baja, Col. Juárez, Cuauhtémoc, Ciudad de México, C.P. 06600. En RENAPO protegemos y salvaguardamos tus datos personales. Consulta la versión integral de nuestro Aviso de Privacidad en https://www.gob.mx/segob/renapo

# UNITED MEXICAN STATES

## CERTIFICATE OF THE UNIQUE POPULATION REGISTRY CODE FOR FOREIGNERS



**Code :**
**SOXV880715HNECXL01**

**Name**
**VLADIMIR SCORPIUS**

**IMMIGRATION DOCUMENT**

GOVERNMENT OF MEXICO    MINISTRY OF THE INTERIOR    RENAPO

35616299

**VLADIMIR SCORPIUS**

HAND DELIVERED

Mexico City, August 17, 2026

The right of identity is enshrined in our Constitution. We work every day at the Ministry of the Interior to ensure that all Mexicans fully enjoy this right and can access procedures and services more easily.

Our objective is for the use and adoption of the Unique Population Registry Code (CURP) to allow the population to have only one access code for government services, to receive prompt assistance and be able to execute procedures inside or outside the country using any computer connected to internet.

Our commitment is to protect and secure the identity of each person and thus we have the highest standards for the protection of personal data. Within this framework it is important you verify that the information contained in the attached certificate is correct, to help us build an accurate and trustworthy population identity registry.

I appreciate your participation.

**ROSA ICELA RODRÍGUEZ VELÁZQUEZ**

**MINISTRY OF THE INTERIOR**

If you have any questions or need clarification about the composition of your code please contact us at **TELCURP, dialing 800 911 11 1**

**A printed CURP certificate on bond paper in black-and-white or color is valid and must be accepted for all procedures.**

**FREE PROCEDURE**

Personal data collected, added and processed on the "National Data Base for the Unique Population Registry Code" is used to assign and manage the Unique Population Registry Code in compliance with the duties and powers of the Directorate-General of the National Registry of Population and Identity (RENAPO) of the Ministry of the Interior. The data subject can exercise his ARCOP rights by means of the Transparency Unit of the Ministry of the Interior by sending an email to unidad_transparencia@segob.gob.mx or in person at calle Abraham González no 50, Planta Baja, Col. Juárez, Cuauhtémoc, Ciudad de Mexico, C.P. 06600. At RENAPO we protect and safeguard your personal data. Refer to the complete version of our Privacy Notice at https://www.gob.mx.segob/renapo

******************************************END OF TRANSLATION *************************************

---

TRANSLATOR'S NOTES

(1) CURP (*Clave Única de Registro de Población*) is the Spanish acronym for the Unique Population Registry Code.
(2) RENAPO (*Registro Nacional de Población)* is the Spanish acronym for National Population Registry.
(3) SEGOB (*Secretaría de Gobernación)* is the Spanish acronym for Ministry of the Interior, also can be translated as the Secretariat of the Interior.
(4) ARCOP (*Acceso, Rectificación, Cancelación, Oposición y Portabilidad)* is the Spanish acronym for Right of access, Right to rectification, Right to delete, Right to object, Right to data portability.

**CERTIFICATE OF ACCURACY**

**Re**: Translation of a United Mexican States Certificate of Unique Population Registry Code for Foreigners in name of Vladimir Scorpius and the accompanying letter (on the same page) dated August 17, 2026, from the Ministry of the Interior.

I, MARY HOLMES IACOBELLI, attest that I am a Federally Certified Court Interpreter, a State of Florida Certified Spanish Court Interpreter, hold a certification from the National Association of Judiciary Interpreters and Translators (NAJIT) and have a Master of Arts (MA) in Translation and Interpreting. I hereby certify that I have translated the above referenced document from Spanish into English, and that to the best of my knowledge, ability and belief, the translation into English is a true, accurate and complete translation of the Spanish language document provided to me by email.

*Mary Holmes Iacobelli*
Mary Holmes Iacobelli, MATI, LL.M, MBA
DATE: August 30, 2026