# UNITED MEXICAN STATES

## CERTIFICATE OF THE UNIQUE POPULATION REGISTRY CODE FOR FOREIGNERS



**Code :**
**SOXV880715HNECXL01**

**Name**
**VLADIMIR SCORPIUS**

**IMMIGRATION DOCUMENT**

GOVERNMENT OF MEXICO MINISTRY OF THE INTERIOR RENAPO

35616299

**VLADIMIR SCORPIUS**

AO386-C
GOVERNMENT EXHIBIT
CASE NO. 26-mj-03259/03260-LFL
EXHIBIT NO. 15a

HAND DELIVERED

Mexico City, August 17, 2026

The right of identity is enshrined in our Constitution. We work every day at the Ministry of the Interior to ensure that all Mexicans fully enjoy this right and can access procedures and services more easily.

Our objective is for the use and adoption of the Unique Population Registry Code (CURP) to allow the population to have only one access code for government services, to receive prompt assistance and be able to execute procedures inside or outside the country using any computer connected to internet.

Our commitment is to protect and secure the identity of each person and thus we have the highest standards for the protection of personal data. Within this framework it is important you verify that the information contained in the attached certificate is correct, to help us build an accurate and trustworthy population identity registry.

I appreciate your participation.

**ROSA ICELA RODRÍGUEZ VELÁZQUEZ**

**MINISTRY OF THE INTERIOR**

If you have any questions or need clarification about the composition of your code please contact us at **TELCURP, dialing 800 911 11 1**

**A printed CURP certificate on bond paper in black-and-white or color is valid and must be accepted for all procedures.**

**FREE PROCEDURE**

Personal data collected, added and processed on the "National Data Base for the Unique Population Registry Code" is used to assign and manage the Unique Population Registry Code in compliance with the duties and powers of the Directorate-General of the National Registry of Population and Identity (RENAPO) of the Ministry of the Interior. The data subject can exercise his ARCOP rights by means of the Transparency Unit of the Ministry of the Interior by sending an email to unidad_transparencia@segob.gob.mx or in person at calle Abraham González no 50, Planta Baja, Col. Juárez, Cuauhtémoc, Ciudad de Mexico, C.P. 06600. At RENAPO we protect and safeguard your personal data. Refer to the complete version of our Privacy Notice at https://www.gob.mx.segob/renapo

******************************************END OF TRANSLATION *************************************

---

TRANSLATOR'S NOTES

(1) CURP (*Clave Única de Registro de Población*) is the Spanish acronym for the Unique Population Registry Code.
(2) RENAPO (*Registro Nacional de Población)* is the Spanish acronym for National Population Registry.
(3) SEGOB (*Secretaría de Gobernación)* is the Spanish acronym for Ministry of the Interior, also can be translated as the Secretariat of the Interior.
(4) ARCOP (*Acceso, Rectificación, Cancelación, Oposición y Portabilidad)* is the Spanish acronym for Right of access, Right to rectification, Right to delete, Right to object, Right to data portability.