SALES INVOICE --S.B.U.--

MIAMI FDC

MAIN

ACCOUNT No. 52355506 TF74153

TATE, TRISITIN

08/21/2026 Time 10:24:27 TX ID 5850443

Receipt# 64

BEGINNING BALANCES:

Available Balance is N/A

Spending Limit Balance is N/A

Account Balance is $2,556.29

| QTY | DESCRIPTION | PRICE |
|---|---|---|
| 2 | ALL-SEASONED CHIPS | $4.60 |
| 2 | CAFE BUSTELO | $17.30 |
| 5 | CHILI, RAMEN NOODLE SOUP | $3.75 |
| 2 | COLUMBIAN COFFEE | $17.70 |
| 2 | DORITOS, SPICY SWEET CHILLI | $6.50 |
| 2 | DUPLEX CREME COOKIES | $3.70 |
| 4 | LOW SODIUM RAMEN CHICKEN SOUP | $3.00 |
| 5 | RAMEN ROAST CHICKEN SP 2400 PR | $3.75 |
| 10 | SNICKERS BAR | $19.00 |
| 10 | TWIX | $19.50 |
| | # ITEMS SOLD: 44 | |
| | CHARGE 52355506 | $98.80 |

ENDING BALANCES:

Available Balance is N/A

Spending Limit Balance is N/A

Account Balance is $2,457.49

Signature

AO386-C
GOVERNMENT EXHIBIT
CASE NO. 26-mj-03259/03260-LFL
EXHIBIT NO. 19

(FEDERAL DETENTION CENTER MIAMI) SHU COMMISSARY LIST

NAME: Tristan Tate REG. NUMBER________________ SHU RANGE/CELL#:__________ DATE: _______

**STAMPS: LIMIT $11.00 COMBINED**
____(11.00) STRIP OF20
____(5.50) STRIP OF 10
____(2.20) STRIP OF 4

**MISCELLANEOUS: LIMIT ONE (1) ITEM EACH**
____(1.65) BOX OF 50 MAILING ENVELOPES
____(1.55) LEGAL PAD OF PAPER
____(0.20) MANILLA ENVELOPES

**PHARMACEUTICALS: LIMIT ONE (1) ITEM EACH**
____(1.70) NON-ASPIRIN (ACETAMINIPHEN)
____(1.60) ANTIFUNGAL CREAM
____(1.55) HYDROCORTISONE CREAM
____(3.65) HEMORRHOID CREAM
____(1.75) ALLERGY RELIEF (LORATIDINE)
____(2.20) ANTACID TABLETS
____(1.40) ASPIRIN TABLETS
____(2.10) IBUPROFEN
____(1.80) CHAPSTICK
____(5.75) RANITIDINE (ACID REDUCER)
____(2.55) MILK OF MAGNESIA
____(1.60) ALLERGY TABLETS
____(3.10) PINK STOMACH RELIEF
____(10.40) FIBER TABLETS
____(1.90) LAXATIVE
__1__(2.55) DAILY MULTI-VITAMIN
__1__(2.30) VITAMIN C TABLETS
____(2.70) STOOL SOFTENER
____(1.05) HALLS COUGH DROPS

**FEMALES ONLY: LIMIT ONE (1) ITEM EACH**
____(7.65) TAMPOONS
____(5.20) ALWAYS OVERNIGHT W/WINGS
____(12.25) ALWAYS OVERNIGHT EXTRA HEAVY W/WINGS
____(1.85) PANTY LINERS

**COMMISSARY RULES:**

1. All sales are final.
2. No exchanges or refunds.
3. No substitutions will be made.
4. Check your order prior to submission.
5. Check your order upon receipt.
6. Prices are subject to change without prior notice.
7. ANY alterations to this list **WILL VOID YOUR ORDER!**
8. Sales for SHU are every TWO weeks.

NO WRITE IN ITEMS WILL BE SOLD WITH EXCEPTION OF MEDICALLY APPROVED ITEMS.

**READING GLASSES: LIMIT (1) CIRCLE STRENGTH**

___(2.60) +1.0/ 1.5/ 2.0/ 2.5/ 3.0/ 3.5/ 4.0

**Requires Health Services Authorization

Medical Write-In Items Only

______________________

(Approving Medical Staff Signature)

______________________

(Approving SHU Lieutenant Signature)

Radio x 1
Turkey and swiss x 12
Doritos x 4
Chips x 2

Twix x 10
Snickers x 10
Coffee x 5
Noodles/soup x 20

Flapjack/muffin x 10
Cookie x 10
Beef Jerky x 10

Approved by: R. Taylor, Captain
Approved by: J. Follis, A.W.
Approved by: R. Morris, A.W.
Approved by: R. D. Morris, Acting Warden

SALES INVOICE --S.B.U.--

MIAMI FDC

MAIN

ACCOUNT No. 52354506 TF74153

TATE, EMORY ANDREW

08/21/2026 Time 10:20:13 TX ID 5850436

Receipt# 62

BEGINNING BALANCES:

Available Balance is N/A

Spending Limit Balance is N/A

Account Balance is $3,537.29

| QTY | DESCRIPTION | PRICE |
|---|---|---|
| 3 | BUTTERSCOTCH, CORNER STORE | $3.90 |
| 2 | CAFE BUSTELO | $17.30 |
| 5 | CHILI, RAMEN NOODLE SOUP | $3.75 |
| 2 | COLUMBIAN COFFEE | $17.70 |
| 3 | CORNER STORE STAR MINTS | $3.90 |
| 4 | DORITOS, SPICY SWEET CHILLI | $13.00 |
| 2 | DUPLEX CREME COOKIES | $3.70 |
| 1 | JVC SPORT HEADPHONES | $13.35 |
| 4 | LOW SODIUM RAMEN CHICKEN SOUP | $3.00 |
| 1 | RADIO SELF-POWERED | $86.45 |
| 5 | RAMEN ROAST CHICKEN SP 2400 PR | $3.75 |
| 10 | SNICKERS BAR | $19.00 |
| 1 | SUGAR FREE CANDY | $5.10 |
| 10 | TWIX | $19.50 |
| | # ITEMS SOLD: 53 | |
| | CHARGE 52354506 | $213.40 |

ENDING BALANCES:

Available Balance is N/A

Spending Limit Balance is N/A

Account Balance is $3,323.89

Signature

(FEDERAL DETENTION CENTER MIAMI) SHU COMMISSARY LIST

NAME: Andrew Tate REG. NUMBER________ SHU RANGE/CELL#:________ DATE: ______

**STAMPS: LIMIT $11.00 COMBINED**

____ (11.00) STRIP OF20
____ (5.50) STRIP OF 10
____ (2.20) STRIP OF 4

**MISCELLANEOUS: LIMIT ONE (1) ITEM EACH**

____ (1.65) BOX OF 50 MAILING ENVELOPES
____ (1.55) LEGAL PAD OF PAPER
____ (0.20) MANILLA ENVELOPES

**PHARMACEUTICALS: LIMIT ONE (1) ITEM EACH**

____ (1.70) NON-ASPIRIN (ACETAMINIPHEN)
____ (1.60) ANTIFUNGAL CREAM
____ (1.55) HYDROCORTISONE CREAM
____ (3.65) HEMORRHOID CREAM
____ (1.75) ALLERGY RELIEF (LORATIDINE)
____ (2.20) ANTACID TABLETS
____ (1.40) ASPIRIN TABLETS
____ (2.10) IBUPROFEN
____ (1.80) CHAPSTICK
____ (5.75) RANITIDINE (ACID REDUCER)
____ (2.55) MILK OF MAGNESIA
____ (1.60) ALLERGY TABLETS
____ (3.10) PINK STOMACH RELIEF
____ (10.40) FIBER TABLETS
____ (1.90) LAXATIVE
2 (2.55) DAILY MULTI-VITAMIN
2 (2.30) VITAMIN C TABLETS
____ (2.70) STOOL SOFTENER
10 (1.05) HALLS COUGH DROPS

**FEMALES ONLY: LIMIT ONE (1) ITEM EACH**

____ (7.65) TAMPOONS
____ (5.20) ALWAYS OVERNIGHT W/WINGS
____ (12.25) ALWAYS OVERNIGHT EXTRA HEAVY W/WINGS
____ (1.85) PANTY LINERS

**COMMISSARY RULES:**

1. All sales are final.
2. No exchanges or refunds.
3. No substitutions will be made.
4. Check your order prior to submission.
5. Check your order upon receipt.
6. Prices are subject to change without prior notice.
7. ANY alterations to this list **WILL VOID YOUR ORDER!**
8. Sales for SHU are every TWO weeks.

NO WRITE IN ITEMS WILL BE SOLD WITH EXCEPTION OF MEDICALLY APPROVED ITEMS.

**READING GLASSES: LIMIT (1) CIRCLE STRENGTH**

___ (2.60) +1.0/ 1.5/ 2.0/ 2.5/ 3.0/ 3.5/ 4.0

**Requires Health Services Authorization

Medical Write-In Items Only

________________

(Approving Medical Staff Signature)

________________

(Approving SHU Lieutenant Signature)

RADIO! unless my brother gets it
one Radio between us.

Cookies x 10
Candy x 10
Doritos x 4
Snickers x 10
Coffee x 5
Twix x 10
Noodles x 20
Dried beef jerky x 20
Popcorn x 5
Pretzels x 10

Approved by: R. Taylor, Captain [signature]
Approved by: J. Follis, A.W. [signature]
Approved by: R. Morris, A.W. [signature]
Approved by: R. D. Morris, Acting Warden [signature]

THANKS! ☺

TATE_0077