AO386-C
GOVERNMENT EXHIBIT
CASE NO. 26-mj-03259/03260-LFL
EXHIBIT NO. 20



**Andrew Tate**
@Cobratate

X.com

1000 pushups, 300 squats, hours of Aikido, finished the history of Stone Wall Jackson (G), written 45 letters and now I’m beginning to write my book.

How much work did you do today? Don’t be outperformed by a man in a prison cell.

11:32 AM · 8/22/26 · **140K** Views



**Andrew Tate**
@Cobratate

Jail is an interesting place.

Today's food tray is a piece of bread and 3 fishsticks delivered through the prison door.

Naturally, I begin to sing to the sound of Whitesnake is this love.

🎵

IS THIS LUNCH?

THAT I'M EATING?

THIS MUST BE LUNCH.. 🎶

The next cell joins in:

THAT I'VE BEEN WAITING FORRRRRRRR!! 🎵

The whole block joins in:

IS THIS LUNCHHHHHH!!

OR AM I DREAMING??!!!!

THIS MUST BE LUNCHHHHHHH

One random black guy totally out of time with the song: Nigga that food is TRASH, *throws tray at guard*

11:21 AM · Aug 20, 2026 · **884.2K** Views