**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NOS.** 26-mj-03259-LOUIS
26-mj-03260-LOUIS

**IN THE MATTER OF THE EXTRADITION OF TRISTAN TATE,**
______________________________________/

**IN THE MATTER OF THE EXTRADITION OF EMORY ANDREW TATE,**
______________________________________/

**UNITED STATES OF AMERICA'S NOTICE OF THE UNITED KINGDOM'S TIMELY SUBMISSION OF ITS FORMAL REQUESTS FOR THE EXTRADITIONS OF EMORY ANDREW TATE AND TRISTAN TATE**

The United States of America, by and through the undersigned counsel for the United States, and pursuant to Local Rule 5.1(d), hereby provides notice that the United Kingdom ("UK") timely submitted its formal extradition requests to the Department of State on September 9, 2026, in accordance with Article 12 of the Extradition Treaty between the United States and the UK. As reflected in the attached letters from the State Department to the Department of Justice Office of International Affairs ("OIA"), the State Department is reviewing the requests and will forward them to OIA, along with declarations confirming compliance with the Treaty, once it completes its review. Assistant United States Attorney Alejandra L. López has provided the attached State Department letters via email to all counsel of record for the Tates.

Respectfully submitted,

JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

By: */s/ Alejandra L. López*
Alejandra L. López

Assistant United States Attorney
Fla. Bar No. 37132
99 Northeast 4th Street
Miami, Florida 33132
Tel.: (305) 961-9241
Email: Alejandra.Lopez@usdoj.gov

By: */s/ Abbie D. Waxman*________
Abbie D. Waxman
Assistant United States Attorney
Fla. Bar No. 109315
99 Northeast 4th Street
Miami, Florida 33132
Tel.: (305) 961-9240
Email: Abbie.Waxman@usdoj.gov

A. TYSEN DUVA
ASSISTANTATTORNEY GENERAL
CRIMINAL DIVISION

By: */s/ Kerry A. Monaco*
Kerry A. Monaco
Associate Director
Office of International Affairs
Criminal Division
U.S. Department of Justice
Court ID: A5503560
1301 New York Avenue, NW
Washington, DC 20530
Telephone: (202) 616-4798
Email: Kerry.Monaco2@usdoj.gov

By: */s/ Rachel M. Yasser*
Rachel M. Yasser
Trial Attorney
Office of International Affairs
Criminal Division
U.S. Department of Justice
Court ID: A5503561
1301 New York Avenue, NW
Washington, DC 20530
Email: Rachel.Yasser2@usdoj.gov

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on September 9, 2026, I electronically filed the foregoing document with the Clerk of the Court via CM/ECF, which caused the same to be served on Howard Srebnick, Esquire; Jackie Perczek, Esquire; Alexa Klein, Esquire; Stephan Binhack, Esquire; Thomas Maniotis, Esquire; and Joseph McBride, Esquire, counsel for the Defendant.

*/s/ Alejandra L. López*________
Alejandra L. López
Assistant United States Attorney

United States Department of State

*Washington, D.C. 20520*

September 9, 2026

Vaughn Ary
Director
Office of International Affairs
Criminal Division
U.S. Department of Justice
1301 New York Avenue, N.W.
Washington, DC 20530

Attn: Rachel Yasser

Re: Extradition of Tristan Tate

Dear Mr. Ary:

On September 9, 2026, the Department of State received from the Government of the United Kingdom the formal request for the extradition of Tristan Tate, who is wanted to stand trial in the United Kingdom on five counts of rape of women 16 years of age or over, six counts of assault of a person thereby occasioning them actual bodily harm, two counts of arranging or facilitating travel of another person with a view to exploitation, three counts of arranging or facilitating travel of another person with a view to sexual exploitation, and one count of penetrative sexual assault of a woman 16 years of age or older.

The relevant and applicable treaty provisions in full force and effect between the United States and the United Kingdom are found in the Extradition Treaty between the Government of the United States of America and the Government of the United Kingdom of Great Britain and Northern Ireland, and related exchanges of letters (the "Treaty"), signed at Washington 31 March 2003, and the Instrument as contemplated by Article 3(2) of the Agreement on Extradition between the United States of America and the European Union signed 25 June 2003, as to the application of the Extradition Treaty between the Government of the United States of America and the Government of the United Kingdom of Great Britain and Northern Ireland signed 31 March 2003, with annex (the “Annex”) and related exchange of notes, signed at London 16 December 2004. The Government of the United Kingdom submitted its extradition request within the timeframe required by Article 12 of the Annex.

Please be assured that as soon as we have completed our review of the request, we will

submit the formal extradition request together with our declaration to your office for forwarding to the court.

Sincerely,

Tom Heinemann
Attorney Adviser
Office of the Legal Adviser
Law Enforcement and Intelligence

United States Department of State

*Washington, D.C. 20520*

September 9, 2026

Vaughn Ary
Director
Office of International Affairs
Criminal Division
U.S. Department of Justice
1301 New York Avenue, N.W.
Washington, DC 20530

Attn: Rachel Yasser

Re: Extradition of Emory Andrew Tate

Dear Mr. Ary:

On September 9, 2026, the Department of State received from the Government of the United Kingdom the formal request for the extradition of Emory Andrew Tate, who is wanted to stand trial in the United Kingdom on two counts of arranging or facilitating travel of another person with a view to exploitation, three counts of arranging or facilitating travel of another person with a view to sexual exploitation, ten counts of rape of women 16 years of age or over, seven counts of assault of a person thereby occasioning them actual bodily harm, one count of control prostitution for gain, seven counts of distributing an indecent photograph of a child, eight counts of making an indecent photograph of a child, and four counts of possessing extreme pornography.

The relevant and applicable treaty provisions in full force and effect between the United States and the United Kingdom are found in the Extradition Treaty between the Government of the United States of America and the Government of the United Kingdom of Great Britain and Northern Ireland, and related exchanges of letters (the "Treaty"), signed at Washington 31 March 2003, and the Instrument as contemplated by Article 3(2) of the Agreement on Extradition between the United States of America and the European Union signed 25 June 2003, as to the application of the Extradition Treaty between the Government of the United States of America and the Government of the United Kingdom of Great Britain and Northern Ireland signed 31 March 2003, with annex (the “Annex”) and related exchange of notes, signed at London 16 December 2004. The Government of the United Kingdom submitted its extradition request within the timeframe required by Article 12 of the Annex.

Please be assured that as soon as we have completed our review of the request, we will

submit the formal extradition request together with our declaration to your office for forwarding to the court.

Sincerely,

Tom Heinemann
Attorney Adviser
Office of the Legal Adviser
Law Enforcement and Intelligence