**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 26-mj-03259-LOUIS**
**26-mj-03260-LOUIS**

**IN THE MATTER OF THE EXTRADITION**
**OF TRISTAN TATE,**
**________________________________________/**

**IN THE MATTER OF THE EXTRADITION**
**OF EMORY ANDREW TATE,**
**________________________________________/**

## THE PARTIES PROPOSED SCHEDULE FOR EXTRADITION HEARINGS AND BRIEFING

The United States, by and through the undersigned Assistant United States Attorneys and Trial Attorneys, after conferral and discussion with counsel for Emory Andrew Tate and Tristan Tate (the "Tates") (collectively, the "Parties"), respectfully submits the proposed schedule for extradition hearings in the above-captioned matters and briefing, as ordered by this Court's October 1, 2026 Order Soliciting Proposed Dates for the Final Extradition Hearings (*see* case numbers 26-mj-03259-Louis, ECF No. 71; 26-mj-03260-Louis, ECF No. 67). In compliance with the Court's Order, the United States now files this proposed schedule:

## PROPOSED SCHEDULE FOR FINAL EXTRADITION HEARINGS

After conferral, the Parties have agreed to propose the final extradition hearings occur on two consecutive days—November 19, 2026, and November 20, 2026.

Emory Andrew Tate filed a Motion to Consolidate (*see* S.D. Fla. case no. 26-mj-03260-Louis, ECF No. 28). If the Court were to grant this motion, the Tates request that their extradition hearings occur at the same time because they believe evidence to be offered in both hearings will overlap. If the Court is not inclined to grant this motion, the Tates request Emory Andrew Tate's

final extradition hearing be scheduled first, but that Tristan Tate be present for the hearing. Likewise, they request Emory Andrew Tate be present for Tristan Tate's final extradition hearing.

The Government opposes the request for consolidation, the request for a joint hearing, and the request for joint attendance. The Government requests that the Court conduct the hearings for the Tates separately on the consecutive days--regardless of any decision of the Court on Emory Andrew Tate's Motion to Consolidate. The Motion to Consolidate was filed on August 10, 2026, before the UK submitted their full extradition requests. The requests reveal that, of the 39 counts against Emory Andrew Tate and 17 counts against Tristan Tate, there are only five overlapping counts. Separate hearings are preferred to avoid confusion between the facts and evidence supporting each independent extradition request.

**PROPOSED BRIEFING SCHEDULE**

In accordance with the dates proposed for the final extradition hearings, the Parties have agreed to propose the following schedule to provide the Court with briefing prior to the final extradition hearings:

Government's Initial Motions — Monday, October 26, 2026[1]

---

[1] This date is approximately two weeks after providing the Tates with redacted copies of the United Kingdom's formal extradition requests. The Government offered to provide the Tates with copies of the UK's formal extradition requests without the United States's redactions, subject to the entry of a Protective Order by the Court. *Email from AUSA Alejandra López to counsel of record for the Tates, September 28, 2026.* However, after discussions with counsel for the Tates on October 2, 2026, and October 5, 2026, about the proposed terms of a Protective Order, the Tates's counsel informed the Government that the Tates wished to forgo disclosure of the information redacted by the United States and, therefore, a protective order was not needed. *Email from Stephan Binhack, Esquire to AUSAs Alejandra López and Abbie Waxman, October 8, 2026.*

| | |
|---|---|
| The Tates' Responses | Monday, November 9, 2026[2] |
| Government Replies | Monday, November 16, 2026[3] |

## CONCLUSION

WHEREFORE, in compliance with the Court's October 1, 2026 Order, the United States files this proposed schedule for final extradition hearings and briefing as agreed to by the Parties.

Respectfully submitted,

JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

By: */s/ Alejandra L. López*
Alejandra L. López
Assistant United States Attorney
Fla. Bar No. 37132
99 Northeast 4th Street
Miami, Florida 33132
Tel.: (305) 961-9241
Email: Alejandra.Lopez@usdoj.gov

By: */s/ Abbie D. Waxman*
Abbie D. Waxman
Assistant United States Attorney
Fla. Bar No. 109315
99 Northeast 4th Street
Miami, Florida 33132
Tel.: (305) 961-9240
Email: Abbie.Waxman@usdoj.gov

A. TYSEN DUVA
ASSISTANT ATTORNEY GENERAL
CRIMINAL DIVISION

By: */s/ Kerry A. Monaco*
Kerry A. Monaco

---

[2] Pursuant to Local Rule 7.1(c)(1), this is 14 days after the filing of the Government's initial motions.

[3] Pursuant to Local Rule 7.1(c)(1), this date is 7 days after the filing of the Tates' responses.

Associate Director
Office of International Affairs
Criminal Division
U.S. Department of Justice
Court ID: A5503560
1301 New York Avenue, NW
Washington, DC 20530
Telephone: (202) 616-4798
Email: Kerry.Monaco2@usdoj.gov

By: */s/ Rachel M. Yasser*
Rachel M. Yasser
Trial Attorney
Office of International Affairs
Criminal Division
U.S. Department of Justice
Court ID: A5503561
1301 New York Avenue, NW
Washington, DC 20530
Email: Rachel.Yasser2@usdoj.gov

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on October 8, 2026, I electronically filed the foregoing document with the Clerk of the Court via CM/ECF, and which caused the same to be served on Howard Srebnick, Esquire, Jackie Perczek, Esquire, Alexa Klein, Esquire, Stephan Binhack, Esquire, Thomas Maniotis, Esquire and Joseph McBride, Esquire, counsel for the Defendant.

*/s/ Alejandra L. López*
Alejandra L. López
Assistant United States Attorney