**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 26-mj-03259-LFL**
**26-mj-03260-LFL**

**IN THE MATTER OF THE EXTRADITION**
**OF TRISTAN TATE,**
______________________________________/

**IN THE MATTER OF THE EXTRADITION**
**OF EMORY ANDREW TATE,**
______________________________________/

**UNITED STATES' UNOPPOSED MOTION REQUESTING LEAVE**
**TO FILE OPENING BRIEFS IN EXCESS OF PAGE LIMIT**

Comes now, the United States of America, by and through the undersigned Assistant United States Attorney, and hereby submits for the Court's consideration the instant Unopposed Motion Requesting Leave to File Opening Briefs in Excess of Pages Pursuant to Local Rule 7.1(c)(2).[1] In support thereof, the Government avers as follows:

1. On August 27, 2026, this Court held a bond hearing as to the detention of Tristan Tate and Emory Andrew Tate (the "Tates"), pursuant to a complaint for provisional arrest with a view towards extradition. (S.D. Fla. case no. 26-mj-03259-LFL, ECF No. 3; S.D. Fla. case no. 26-mj-03260-LFL, ECF No. 3). *Id at* ECF 53; ECF 52. This Court detained the Tates. *Id.* at ECF 66; ECF 64.

2. On October 9, 2026, this Court issued its paperless order adopting the agreed upon briefing schedule provided by the parties and ordered Opening Briefs to be due on October 26, 2026. *Id.* at ECF 74; ECF at 71.

---

[1] The Local Rules do not directly address Extradition pleadings, so, in an abundance of caution the Government is requesting this leave based upon the page limits set for motions and responses.

3. To effectively present each of the claims against the Tates, the United States respectfully requests permission to exceed the twenty-page limitation set forth by Local Rule 7.1(c)(2). The United States' Opening Briefs are approximately 60 and 45 pages of substance, including a complete recitation of the procedural history, facts, memorandum of law, and argument as to Emory Andrew Tate who faces 39 criminal counts and Tristan Tate who faces 17 criminal counts, respectively.

4. Furthermore, on the 26th day of October 2026, the undersigned conferred with the Tates' attorneys, Jackie Perczek and Howard Srebnick, Esquires, regarding the United States' Motion for Leave to File Excess Pages in accordance with S.D. Fla. Local Rule 7.1(a)(3). Ms. Perczek and Mr. Srebnick informed the United States that they do not oppose the United States' motion.

## CONCLUSION

**WHEREFORE**, the United States respectfully requests leave of Court to file Opening Briefs (consisting of approximately 60 pages as to Emory Andrew Tate and 45 pages as to Tristan Tate) with the Clerk of Court. A proposed order is attached hereto for the Court's consideration.

Respectfully submitted,

JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

By: */s/Abbie D. Waxman*

Abbie D. Waxman
Assistant United States Attorney
Florida Bar No.: 109315
99 Northeast 4th Street
Miami, Florida 33132
Telephone: (305) 961-9240
Email: Abbie.Waxman@usdoj.gov

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the 26th day of October 2026, the undersigned electronically filed the foregoing document with the Clerk of the Court using CM/ECF, causing the same to be served upon Tristan Tate and Emory Andrew Tate's counsel, Jackie Perczek, Esquire, Howard Srebnick, Esquire, Thomas Manitos, Esquire, and Joseph McBride, Esquire, via CM/ECF.

*/s/Abbie D. Waxman*
Abbie D. Waxman
Assistant United States Attorney