**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 26-mj-03259-LFL**
**26-mj-03260-LFL**

**IN THE MATTER OF THE EXTRADITION**
**OF TRISTAN TATE,**
_____________________________________________/

**IN THE MATTER OF THE EXTRADITION**
**OF EMORY ANDREW TATE,**
_____________________________________________/

**ORDER GRANTING UNITED STATES' UNOPPOSED MOTION**
**REQUESTING LEAVE TO FILE ANSWER IN EXCESS OF PAGE LIMIT**

This matter comes before the Court upon the United States' Unopposed Motion Requesting Leave to File Opening Briefs to Tristan Tate and Emory Andrew Tate's Extradition in excess of the page limit. The Court being fully apprised in the premises, orders that the motion is hereby **GRANTED**. The Government is permitted up to 60 pages for the Opening Brief of Emory Andrew Tate and up to 45 pages for the Opening Brief of Tristan Tate.

**DONE AND ORDERED** in chambers, in Miami, Florida, this _______day of October, 2026.

_________________________________
HONORABLE LAUREN F. LOUIS
UNITED STATES MAGISTRATE JUDGE