| COUNT | COMPLAINANT | U.K. CHARGE | U.K. MAX PENALTY | BASIC FACTS | U.S. CHARGE(S) | U.S. MAX PENALTY |
|---|---|---|---|---|---|---|
| 1 | C1 | **Rape** (Section 1 of the Sexual Offenses Act 2003) | Life | In or around November 2012, Tristan Tate (hereinafter "TT") manually strangled C1 while they were having vaginal intercourse, causing C1 to lose consciousness. When C1 regained consciousness, TT was penetrating her anus with his penis, which he continued doing until he ejaculated. | **Aggravated Sexual Abuse** (18 U.S.C. § 2241(a)(1)-(2) by force or threat; or § (b)(1), by other means, i.e. rendering unconscious);<br><br>**Sexual Abuse** (18 U.S.C. § 2242(2)(B) by engaging in sexual act with person physically incapable of declining participation or communicating unwillingness; or § (3), without consent);<br><br>**Sexual Battery** (Fla. Stat. Ann. § 794.011(4)(b), physically helpless or incapacitated, or § 5(b) without consent) | Life;<br><br>Life;<br><br>30; 15 years |
| 2 | C1 | **Rape** (Section 1 of the Sexual Offenses Act 2003) | Life | Between 1 April 2012 and 26 December 2013 on no less than 3 occasions, TT strangled C1 until she lost consciousness. TT would then slap or hit C1 in the face to revive her and/or anally penetrate her while she was unconscious. On some occasions, TT used cable ties or other items to restrain her hands or her legs. C1 would sometimes scream for TT to stop, but he would continue. | **Aggravated Sexual Abuse** (18 U.S.C. § 2241(a)(1)-(2) by force or threat; or § (b)(1), by other means, i.e. rendering unconscious);<br><br>**Sexual Abuse** (18 U.S.C. § 2242(2)(B) by engaging in sexual act with person physically incapable of declining participation or communicating unwillingness; or § (3), without consent);<br><br>**Sexual Battery** (Fla. Stat. Ann. § 794.011(4)(b), physically helpless or incapacitated, or § 5(b) without consent) | Life;<br><br>Life;<br><br>30; 15 years |
| 3 | C1 | **Assault occasioning bodily harm** (Section 47 of the Offences Against the Person Act 1861) | 5 years | Same incident as Count 1. In addition to losing consciousness, C1 sustained pain in her anus and black eye, which C1 believed she sustained when TT struck her in the face while she was unconscious. | **Assault with Intent to Commit 2241 or 2242 Violation** (18 U.S.C. § 113(a)(1));<br><br>**Assault of intimate partner by strangling, suffocating** 18 U.S.C. § 113(a)(8);<br><br>**Domestic battery by strangulation** (Fla. Stat. Ann. § 784.041);<br><br>**Battery by Strangulation** (Fla. Stat. Ann. § 784.031);<br><br>**Battery (**Fla. Stat. Ann. § 784.03) | 20 years;<br><br>10 years;<br><br>5 years;<br><br>5 years;<br><br>1 year |
| 4 | C1 | **Assault occasioning bodily harm** (Section 47 of the Offences Against the Person Act 1861) | 5 years | Same incident as Count 2. In addition to losing consciousness, C1 suffered marks on her face from being hit. | **Assault with Intent to Commit 2241 Violation** (18 U.S. Code § 113(a)(1));<br><br>**Assault of intimate partner by strangling, suffocating** (18 U.S.C § 113(a)(8));<br><br>**Domestic battery by strangulation** (Fla. Stat. Ann. § 784.041);<br><br>**Battery by Strangulation** (Fla. Stat. Ann. § 784.031);<br><br>**Battery** (Fla. Stat. Ann. § 784.03) | 20 years;<br><br>10 years;<br><br>5 years;<br><br>5 years;<br><br>1 year |
| 5 | C1 | **Assault occasioning bodily harm** (Section 47 of the Offences Against the Person Act 1861) | 5 years | Between 1 April 2012 and 26 December 2013, TT stranged C1 until she lost consciousness during vaginal intercourse | **Assault of intimate partner by strangling, suffocating** (18 U.S.C. § 113(a)(8));<br><br>**Domestic battery by strangulation** (Fla. Stat. Ann. § 784.041);<br><br>**Battery by Strangulation** (Fla. Stat. Ann. § 784.031) | 10 years;<br><br>5 years;<br><br>5 years |
| 6 | C1 | **Assault occasioning bodily harm** (Section 47 of the Offences Against the Person Act 1861) | 5 years | Between 1 April 2012 and 26 December 2013, on no less than 3 occasions, TT strangled C1 to the point of unconsciousness during sexual intercourse. TT also struck C1 in the face or jaw to revive her. | **Assault of intimate partner by strangling, suffocating** (18 U.S.C. § 113(a)(8);<br><br>**Domestic battery by strangulation** (Fla. Stat. Ann. § 784.041);<br><br>**Battery by Strangulation** (Fla. Stat. Ann. § 784.031);<br><br>**Battery** (Fla. Stat. Ann. § 784.03) | 10 years;<br><br>5 years;<br><br>5 years;<br><br>1 year |

| | | | | | | |
|---|---|---|---|---|---|---|
| 7 | C1 | **Assault occasioning bodily harm** (Section 47 of the Offences Against the Person Act 1861) | 5 years | In approximately September 2012, TT struck C1 repeatedly with a belt, causing bruising. While recording, TT pushed C1 faced down onto a bed and restrained her wrists with cable ties. He asked her to choose a number between 1 and 10, and her answer would dictate how many times he would strike C1 on her buttocks of the backs of her legs with a belt. C1 repeatedly screamed for TT to stop, but he continued. C1 was left with significant bruising. | **Assault by striking, beating or wounding** (18 U.S.C. § 113(a)(4));<br><br>**Battery** (Fla. Stat. Ann. § 784.03) | 1 year (both offenses) |
| 8 | C1 | **Assault occasioning bodily harm** (Section 47 of the Offences Against the Person Act 1861) | 5 years | Between September and December 2012, on no less than 3 occasions, TT struck C1 with a belt, causing bruising and welts to her buttocks and legs. | **Assault by striking, beating or wounding** (18 U.S.C. § 113(a)(4));<br><br>**Battery** (Fla. Stat. Ann. § 784.03) | 1 year (both offenses) |
| 9 | C1 | **Rape** (Section 1 of the Sexual Offenses Act 2003) | Life | On 24 December 2012, C1 visited TT at his mother's house. Upon arrival at the house, TT took C1 upstairs, pulled her pants down, and forced her to have vaginal intercourse by pinning her down and hitting and grabbing her buttocks. | **Aggravated Sexual Abuse** (18 U.S.C. § 2241(a)(1)-(2) by force);<br><br>**Sexual Abuse** (18 U.S.C. § 2242(3), without consent);<br><br>**Sexual Battery** (Fla. Stat. Ann. § 794.011(5(b)) without consent) | Life;<br><br>Life;<br><br>15 years |
| 10 | C1 | **Human trafficking** (Sections 2(1) and 5(1) of the Modern Slavery Act 2015)<br><br>*Same charge as AT Count 1 | Life | Between 3 April 2016 and 30 April 2016, TT and Andrew Tate (hereinafter "AT") jointly arranged and facilitated C1's travel to Romania with a view to her exploitation through commercial webcam work. It is alleged that they recruited her through promises of earnings and assurances that she could leave if she wished, exercised control over her work and online accounts, and failed to pay her for the commercial sexual acts she carried out whilst in Romania. | **Coercion and Enticement** (18 U.S.C. § 2422);<br><br>**Transportation** (18 U.S.C. § 2421) | 20 years;<br><br>10 years |
| 11 | C1 | **Human trafficking** (Sections 2(1) and 5(1) of the Modern Slavery Act 2015)<br><br>*Same charge as AT Count 2 | Life | Between 31 August 2016 and 1 October 2016, TT and AT jointly arranged and facilitated C1's travel to Romania with a view to her exploitation through commercial sexual webcam work. It is alleged that they recruited her through promises of earnings and assurances that she could leave if she wished, exercised control over her work and online accounts, and failed to pay her for the commercial seexual acts she carried out whilst in Romania | **Coercion and Enticement** (18 U.S.C. § 2422);<br><br>**Transportation** (18 U.S.C. § 2421) | 20 years;<br><br>10 years |
| 12 | C4 | **Rape** (Section 1 of the Sexual Offenses Act 2003) | Life | Between 1 July 2010 and 3 August 2010 TT pressured C4 to drink alcohol by holding a belt around her neck. After C4 told TT she was drunk, TT carried C4 to his bedroom over her protests. TT got on top of C4 and inserted his penis into her vagina. C4 recalls the room spinning, feeling nauseous and not feeling her body properly. C4 told TT to stop, but he continued against her wishes until C4 began to gag. She then vomited in the hallway repeatedly. | **Sexual Abuse** (18 U.S.C. § 2242(3), without consent);<br><br>**Sexual Battery** (Fla. Stat. Ann. § 794.011(5)(b) without consent) | Life;<br><br>15 years |

| | | | | | | |
|---|---|---|---|---|---|---|
| 13 | C4 | **Rape** (Section 1 of the Sexual Offenses Act 2003) | Life | Between 21 July 2010 and 3 August 2010, on a day after the event described in Count 12, TT forced C4 to remove her shorts after she repeatedly refused and tried to insert his penis into her vagina but was unable to do so becuase C4 tried to get away. TT caught C4, put a belt around her neck and pulled it until she felt lightheaded, pushed her head and shoulders down to the floor and penetrated her vagina with his penis from behind her until he ejaculated. | **Aggravated Sexual Abuse** (18 U.S.C. 2241(a)(1)-(2) by force or threat);<br>**Sexual Abuse** (18 U.S.C. § 2242(3), without consent);<br>**Sexual Battery** (Fla. Stat. Ann. § 794.011(5)(b) without consent) | Life;<br>Life;<br>15 years |
| 14 | C4 | **Assault by penetration** (Section 2 of the Sexual Offenses Act 2003) | Life | Between 21 July 2010 and 3 August 2010, immediately following the events described in Count 13, TT penetrated C4's vagina with his finger without her consent, after getting into the shower with C4 against her wishes. | **Abusive Sexual Contact** (18 U.S.C. § 2244(a)(2));<br>**Sexual Battery** (Fla. Stat. Ann. § 794.011(5(b)) without consent) | 3 years;<br>15 years |
| 15 | C5 | **Human trafficking** (Sections 2(1) and 5(1) of the Modern Slavery Act 2015)<br>*Same charge as AT Count 21 | Life | Between 31 July 2015 and 30 March 2016, AT recruited C5 to work as a cam girl, which C5 refused. AT then booked and paid for C5's travel to Romania under false pretenses. TT picked her up at the airport and both AT and TT subsequently forced her (through violence and rape by AT and the holding of her passport) to perform sex acts online, which included the performance of oral sex for payment. | **Coercion and Enticement** (18 USC § 2422);<br>**Transportation** (18 U.S.C. § 2421);<br>**Sex Trafficking by Force, Fraud or Coercion** (18 USC §§ 1591, 1594) | 20 years;<br>10 years;<br>Life |
| 16 | C6 | **Human trafficking** (Sections 2(1) and 5(1) of the Modern Slavery Act 2015)<br>*Same charge as AT Count 23 | Life | Between 1 June 2016 and 30 March 2017, AT recruited C6 to work as a cam girl under false pretenses, and booked and paid for C6's travel to Romania where TT picked her up at the airport. In Romania, she was compelled to perform sex acts online (culture of fear; rape and physical violence against her by AT and the taking of her passport), at both AT and TT's direction and control, acts which included digital and anal penetration of other females for money. | **Coercion and Enticement** (18 USC § 2422);<br>**Transportation** (18 U.S.C. § 2421);<br>**Sex Trafficking by Force, Fraud or Coercion** (18 USC §§ 1591, 1594) | 20 years;<br>10 years;<br>Life |
| 17 | C7 | **Human trafficking** (Sections 2(1) and 5(1) of the Modern Slavery Act 2015)<br>*Same charge as AT Count 18 | Life | Between 27 April 2016 and 18 August 2017, AT relentlessly recruited C7 to engage in sex work online and booked her flight to Romania wher AT and TT picked her up at the airport. AT and TT subsequently controlled and managed C7's online commercial sex work, including us of a sex toy anally against her wishes. AT also used physical violence against C7 and both brothers created an atmsophere of intimidation and control, forcing her to continue to engage in commercial sex work. | **Coercion and Enticement** (18 USC § 2422);<br>**Transportation** (18 U.S.C. § 2421);<br>**Sex Trafficking by Force, Fraud or Coercion** (18 USC §§ 1591, 1594) | 20 years;<br>10 years;<br>Life |