**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 26-mj-03259-Louis**

**IN THE MATTER OF THE EXTRADITION**
**OF TRISTAN TATE,**
**_______________________________________/**

**UNITED STATES' UNOPPOSED MOTION REQUESTING LEAVE TO FILE REPLY IN EXCESS OF TEN PAGES PURSUANT TO LOCAL RULE 7.1(c)(2)**

**COMES NOW** the United States of America, by and through the undersigned Assistant United States Attorney, and hereby submits for the Court's consideration the instant Motion Requesting Leave to File its Reply in Excess of Ten Pages Pursuant to Local Rule 7.1(c)(2). In support thereof, the United States avers as follows:

1. On November 18, 2026, Tristan Tate ("Tate") filed his Response to the Government's Memorandum in Support of Extradition (the "Response"). (ECF No. 84). The Response is 31 pages in length. (*Id.*) Pursuant to Local Rule 7.1, the United States' reply is due on November 25, 2026.

2. In order to effectively respond to the issues raised in Tate's Response, the United States respectfully requests permission to exceed the ten-page limitation set forth by Local Rule 7.1(c)(2). The Government's Reply to Tate's Response (not including the signature block) is estimated to be 21 pages of substance.

3. Furthermore, on November 24, 2026, the undersigned conferred with Tate's attorneys, Jackie Perczek, Esquire, and Howard Srebnick, Esquire, regarding the Government's Motion for Leave to File Excess Pages in accordance with S.D. Fla. Local Rule 7.1(a)(3). Ms. Perczek and Mr. Srebnick informed the United States that they do not oppose the request.

## CONCLUSION

**WHEREFORE**, the United States respectfully requests leave of Court to file the Reply to Tristan Tate's Motion (consisting of approximately 21 pages) with the Clerk of Court. A proposed order is attached hereto for the Court's consideration.

Respectfully submitted,

YARA LORENZO KLUKAS
ACTING UNITED STATES ATTORNEY

By: *_/s/ Alejandra L. López_*
Alejandra L. López
Assistant United States Attorney
Fla. Bar No. 37132
99 Northeast 4th Street
Miami, Florida 33132
Tel.: (305) 961-9241
Email: Alejandra.Lopez@usdoj.gov

By: *_/s/ Abbie D. Waxman_*
Abbie D. Waxman
Assistant United States Attorney
Fla. Bar No. 109315
99 Northeast 4th Street
Miami, Florida 33132
Tel.: (305) 961-9240
Email: Abbie.Waxman@usdoj.gov

A. TYSEN DUVA
ASSISTANT ATTORNEY GENERAL
CRIMINAL DIVISION

By: *_/s/ Kerry A. Monaco_*
Kerry A. Monaco
Associate Director
Office of International Affairs
Criminal Division
U.S. Department of Justice
Court ID: A5503560
1301 New York Avenue, NW
Washington, DC 20530
Telephone: (202) 616-4798
Email: Kerry.Monaco2@usdoj.gov

By: /s/ *Rachel M. Yasser*
Rachel M. Yasser
Trial Attorney
Office of International Affairs
Criminal Division
U.S. Department of Justice
Court ID: A5503561
1301 New York Avenue, NW
Washington, DC 20530
Telephone: (202) 674-5702
Email: Rachel.Yasser2@usdoj.gov

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on November 24, 2026, I electronically filed the foregoing document with the Clerk of the Court via CM/ECF, and which caused the same to be served on Howard Srebnick, Esquire, Jackie Perczek, Esquire, Alexa Klein, Esquire, Stephan Binhack, Esquire, Thomas Maniotis, Esquire and Joseph McBride, Esquire, counsel for the Petitioners.

*/s/ Alejandra L. López*
Alejandra L. López
Assistant United States Attorney